UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL TERRASE (#114262)

VERSUS                                                      CIVIL ACTION

N. BURL CAIN, ET AL                                         NUMBER 03-599-RET-SCR

RULING ON MOTION TO SET SCHEDULE

Before the court is the Plaintiff's Motion ... Setting Schedule for Discovery; Interrogatories and Admissions and ... Setting This Matter for Trial.  Record document number 80.

A Rule 16, Fed.R.Civ.P., scheduling order is not needed at this time.  Plaintiff has not indicated that there is any discovery which he wishes to pursue.  A pretrial conference was held August 31, 2004 and the case is awaiting assignment for trial by the district judge.[1]

Accordingly, the Plaintiff's Motion ... Setting Schedule for Discovery; Interrogatories and Admissions and ... Setting This Matter for Trial is denied insofar as the plaintiff sought entry of a scheduling order regarding discovery.  Insofar as the plaintiff sought to have this case set for trial, the motion is denied

---

[1] Record document number 53, Supplemental Pretrial Order.

without prejudice.[2]

Baton Rouge, Louisiana, January 8, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff already filed three motions to set the case for trial.  Record document numbers 62, 77 and 78.