

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL TERRASE (#114262)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 03-599-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 11, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's motion for summary judgment will be granted and the plaintiff's complaint will be dismissed for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a).

Baton Rouge, Louisiana, March  17 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA